**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| MICHAEL KAISER, | NO. 2:26-cv-00114-JHC |
| Plaintiff, | ORDER |
| v. | |
| WASHINGTON STATE SUPREME COURT, et al., | |
| Defendants. | |

Before the Court is pro se Plaintiff's "Motion to Move Date of Dismissal Arguments." Dkt. # 24. Plaintiff asks "that the Court at least not schedule oral arguments before May 2026." *Id.* at 2. But the Court does not presently plan to have oral argument on the motion at Dkt. # 23. Thus, the Court STRIKES the motion at Dkt. # 24.

DATED this 24th day of March, 2026.

_____
JOHN H. CHUN
United States District Judge

ORDER
NO. 2:26-cv-00114-JHC

1