**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| MICHAEL KAISER,<br><br>                  Plaintiff,<br><br>  v.<br><br>WASHINGTON STATE SUPREME COURT, et al.,<br><br>                Defendants. | NO. 2:26-cv-00114-JHC<br><br>ORDER GRANTING DEFENDANTS' MOTION TO AMEND INITIAL DISCLOSURES AND OTHER CASE DEADLINES<br><br>NOTE ON MOTION CALENDAR: APRIL 29, 2026 |

THIS MATTER comes before the Court on the Defendants' Motion to Amend Initial Disclosures and Other Case Deadlines. Dkt. # 29. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. The motion is noted for April 29, 2026, but it has been fully briefed and the Court sees no reason to wait to rule on it.

For the reasons presented by Defendants (Dkt. ## 29 & 33), the Court GRANTS the motion. The Court HEREBY ORDERS the case deadlines set by the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, Dkt. # 28, are amended to begin 14 days from the Court's Order on the Defendants' Motions to Dismiss, in the event the Motions to Dismiss are denied and retaining the same time interval between each deadline.

ORDER GRANTING DEFENDANTS'
MOTION TO AMEND INITIAL
DISCLOSURES AND OTHER CASE
DEADLINES NO. 2:26-cv-00114-JHC

1

DATED this 23rd day of April, 2026.

_John H. Chun_

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE