UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL KAISER, | CASE NO. 2:26-cv-00114-JHC |
| Plaintiff, | ORDER |
| v. | |
| WASHINGTON STATE SUPREME COURT et al., | |
| Defendants. | |

THIS MATTER comes before the Court on Plaintiff's "Motion to Remove the Case and Stay Deadlines," Dkt. # 38, and "Motion to Stay Deadlines." Dkt. # 39. Plaintiff requests that "the matter of Judge Chun's involvement in this case and what should now occur be forwarded by the Western District of Washington to the Ninth Circuit Court of Appeals." Dkt. # 38 ¶ 18. And Plaintiff requests that the deadline to amend his complaint, dismissed at Dkt. # 35, be stayed retroactively from May 18, 2026, when he moved for reconsideration and for recusal at Dkt. # 36.

Turning to Plaintiff's first request, if he seeks to appeal the orders denying recusal, he may do so following the proper procedure in the Ninth Circuit's rules of practice. *See* Circuit Rule 3-1 (providing for the filing of appeals); *see also Brown v. Rumsfeld*, 211 F.R.D. 601, 605

ORDER - 1

(N.D.Cal.2002) (pro se plaintiffs "must follow the same rules of procedure that govern other litigants."). If Plaintiff seeks to appeal the order dismissing his complaint, generally, he may not do so until this Court grants a final judgment, e.g., dismisses the action in its entirety. *See Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005) ("'a plaintiff, who has been given leave to amend, may not file a notice of appeal simply because he does not choose to file an amended complaint,' as appellate review is unavailable until a district court orders dismissal of an entire action" (citing *WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir.1997) (en banc))). The Court thus DENIES this request.

Second, the Court GRANTS Plaintiff's second request and enlarges the time that Plaintiff must file an amended complaint to June 23, 2026, two weeks after the resolution of the motions for recusal. *See* Dkt. # 42 (order affirming order denying recusal) (Lin. J.).

IT IS SO ORDERED.

Dated this 9th day of June, 2026.

John H. Chun
United States District Judge

ORDER - 2