UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL KAISER, | CASE NO. 2:26-cv-00114-JHC |
| Plaintiff, | ORDER |
| v. | |
| WASHINGTON STATE SUPREME COURT et al., | |
| Defendants. | |

On June 9, 2026, this Court enlarged the time for Plaintiff to file an amended complaint to June 23, 2026. *See* Dkt. # 43 at 2. Plaintiff has not filed an amended complaint or any other document. Federal Rule of Civil Procedure 41(b) permits dismissal for failure to prosecute or comply with a court order. *See generally* Fed. R. Civ. P. 42(b); *see also Amazon.com, Inc. v. Wong*, 2021 WL 4948161, at *1 (W.D. Wash. Oct. 25, 2021) (Rule 41 "allows the court, on its own motion, to dismiss a plaintiff's action with prejudice for failure to comply with the Rules or for want of prosecution."). Accordingly, the action is DISMISSED without prejudice.

//

//

//

ORDER - 1

Dated this 29th day of June, 2026.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2